


conEdison

Working for you 24/7

**Amount Due** [redacted]
**Pay By 01/08/21**

**SAMUEL KATZ GITTY KATZ**

**Your account number:** [redacted]

**Service delivered to:** 1426 48 ST 2FL

**Your electric rate:** EL1 Resid or Relig Social Benefits

**Next billing date: Thursday, January 14, 2021**

# Your billing summary as of Dec 15, 2020

## Your previous charges and payments

Total charges from your last bill [redacted]
Payments through Dec 11, thank you - [redacted]

**Remaining balance** [redacted]

## Your new charges - details start on page 2

Billing period: Nov 10, 2020 to Dec 14, 2020

Electricity charges - for 34 days [redacted]
Adjustments - [redacted]

**Total new charges** [redacted]

Total amount due [redacted]

## Message Center

As New Yorkers face the challenges presented by the coronavirus, Con Edison is suspending electric and gas shutoffs for customers having payment difficulties. **If there is a turn-off notice on this bill, no action will be taken to disconnect your service. We're here to help - visit conEd.com for payment arrangement options or call us at 1-800-752-6633.** Residential customers may be able to get help in paying their utility bills by contacting the NYC Human Resources Administration (HRA) at 1-800-692-0557 or the Westchester Department of Social Services (DSS) at a 1-914-995-3333.

**Important Notice: If you have experienced a change in your financial circumstances as a result of the COVID State of Emergency,** you may be eligible for special protections to avoid disconnection of your service. To receive these protections, visit coned.com/PaymentAgreementor you must call us at 1-800-752-6633. Find out more conEd.com/BillHelp.

If you're thinking of moving, get an idea of energy expenses for your potential new rental apartment or house. You can request up to 24 months of electric and gas bills. Find out more at www.coned.com/pastbills.

**THE LEVEL PAYMENT PLAN MAY HELP YOU**
Pay the exact LEVEL PAYMENT AMOUNT of $137.00 this month instead of your TOTAL AMOUNT DUE. If we receive your payment by JAN 08, 2021, we will automatically enroll you in our Level Payment Plan and even out your payments. There is no need to call.

**Messages continued on page 3.**

## Contact us 24 hours a day, 7 days a week

To report a service problem, call 1-800-75-CONED (1-800-752-6633) or visit **conEd.com**

Self-Service **conEd.com**

For payments, visit **conEd.com** or call **1-888-925-5016**

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

For other information, call 1-212-243-1900 or 1-800-75-CONED (1-800-752-6633)

Tear or Cut here

Looking for more detailed information on your bill? Visit **www.coned.com/MyAccount.**

conEdison

# Payment slip

Please make checks payable to Con Edison.

Your account number: [redacted]

**Total amount due:** [redacted]

Amount enclosed:

SAMUEL KATZ
GITTY KATZ
1426 48 ST 2FL
BROOKLYN NY 11219-3243

JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

☐ Mark X to enroll in DPP

[redacted]

M79 M97
**0019918**



# Your electricity charges

These charges are for the electricity you used (supply) and getting that electricity to you (delivery). Rates are based on a 30 day period. When your billing period is more or less than 30 days, we prorate your bill accordingly.

**Electricity you used during this 34 day billing period from Nov 10, 2020 to Dec 14, 2020**

**Rate:** EL1 Resid or Relig Social Benefits **Meter#** 012657476

We measure your electricity by how many kilowatt hours (kWh) you use. One kWh will light a 100 watt bulb for 10 hours.

| | |
|---|---|
| Dec 14, 20 Actual reading | 4648 |
| Nov 10, 20 Actual reading | -4372 |
| **Your electricity use** | **276 kWh** |

## ▶Your supply charges

**Supply 276 kWh @8.5942¢/kWh** [redacted]

Charge for the electricity supplied to you by Con Edison.

**Merchant function charge** [redacted]

Charge associated with procuring electricity, credit and collection related activities and uncollectible accounts.

**GRT & other tax surcharges** [redacted]

Taxes on Con Edison gross receipts from sales of utility services and other tax surcharges.

**Total supply charges** [redacted]

Your total electricity supply cost for this bill is 9.2¢ per kWh. You can compare this price with those offered by energy services companies (ESCOs). For a list of ESCOs, visit PowerYourWay.com or call 1-800-780-2884.

## ▶Your delivery charges

**Basic service charge** [redacted]

Charge for basic system infrastructure and customer-related services, including customer accounting, and metering services. A billing and payment processing charge of $1.28, *which may be avoided by switching to an energy services company (ESCO)*, is also included.

**Delivery 276 kWh @13.1703¢/kWh** [redacted]

Charge for maintaining the system through which Con Edison delivers electricity to you.

**System Benefit Charge @0.5000¢/kWh** [redacted]

The System Benefits Charge recovers costs associated with clean energy activities conducted by the New York State Energy Research and Development Authority (NYSERDA) and energy efficiency programs implemented by the Company.

**GRT & other tax surcharges** [redacted]

See earlier definition.

**Total delivery charges** [redacted]

## ▶Your sales tax

**Sales tax @4.5000%** [redacted]

Tax collected on behalf of New York City.

**Total sales tax** [redacted]

## ▶▶ Total electricity charges [redacted]

### Your average daily electricity use

### Ways To Pay Your Bill

**1. Direct Payment:** Pay your bill automatically from your checking or savings account at no charge. Enroll at **conEd.com/myaccount** or call **1-212-243-1900**.
**2. Internet:** Pay online at **conEd.com/myaccount** using your bank account, credit card or debit card.
**3. Phone:** Pay by phone at **1-888-925-5016** using your bank account, credit card or debit card.
**4. In-Person Authorized Payment Agents:** Visit **conEd.com/paymentagents** or call **1-212-243-1900** for the nearest agents in your area.
**5.** We have temporarily closed our walk-in centers due to covid-19. Our walk-in center locations are below.
**Manhattan:** 122 East 124th Street
**Queens:** @National Grid - 89-67 162nd Street
**Staten Island:** 1140 Richmond Terrace
**Bronx:** 1775 Grand Concourse
**Brooklyn:** @National Grid - 345 Jay Street
**Westchester:** @Food Bazaar - 1 Bogopa Plaza, Mt. Vernon
**6. Mail:** Make check or money order payable to Con Edison and mail it in the window envelope provided with your bill. Do not send cash.
**Mail to: Con Edison, PO Box 1702, New York, NY 10116-1702**
Check processing notice: When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. You will not receive your check back from your financial institution.
**Address Change?** If you are moving or changing your mailing address, call **1-800-752-6633** and let us know.
For more information, call **1-800-75-CONED (1-800-752-6633)**.

## Message Center (Continued from page 1)



**ADJUSTMENT INFORMATION**

The "Adjustments" amount includes a Low-Income Credit of $16.17.



**NOTIFICATIONS**

**Join our Direct Payment Plan (DPP)**. Just place an 'X' in the DPP enrollment box on your payment slip when you mail back your payment by check. We'll use your banking information to enroll you in the plan. Then, each month, after you've had time to review your bill, we will automatically deduct your Con Edison bill payment from your checking account. Join Now.

**THIS BILL IS FOR A LONGER PERIOD**

Because of all the holidays in November and December, we made some changes to our meter reading schedules. This bill covers service used for 34 days. Your usual Con Edison bill period averages between 28 and 33 days. Be assured that you are only charged for the usage recorded on your meter.

**Con Edison's offices will be closed, Friday, December 25, and Friday, January 01, in observance of Christmas and New Year's**. In the event of an emergency, our call center is available 24 hours a day, every day, including the holidays. However, we will experience very high call volumes on Monday, December 28, and , January 04. You can avoid an extended wait by not calling on those days.

Con Edison's offices will be closed Monday, January 18, in observance of Martin Luther King Day. In the event of an emergency, our call center is available 24 hours a day, every day, including the holiday. However, we will experience very high call volumes on Tuesday, January 19. You can avoid an extended wait by not calling on that day.



**Get Smarter with your smart meter.**

Learn how much energy you are using, and how to avoid seasonal spikes in energy use. Log in or create an account at conEd.com/EnergyUsage.

**YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE**

If you pay the total amount of this bill and exactly $1.00 more, that dollar will go into the EnergyShare fund sponsored by Con Edison. And, Con Edison matches each contribution. EnergyShare helps eligible residential customers who are struggling to pay their bills with one-time grants of up to $200.



**VISIT MY ENERGY CALCULATOR**

Visit www.coned.com/customercentraland select My Energy Calculator. Then, use the calculators to estimate your savings when you "go green" and conserve energy.