# THE CITY OF NEW YORK
## OFFICE OF THE CITY CLERK
### MARRIAGE LICENSE BUREAU

License Number [REDACTED]

# Certificate of Marriage Registration

This Is To Certify That **GITTY FARKAS**    New Surname : KATZ

residing at    170 HILLSIDE AVENUE Apartment # 3E, WATERBURY, CT 06704, United States

born on    [REDACTED] 1993    at BROOKLYN New York  United States

and    **SAMUEL KATZ**

residing at    15 JULIANA PL Apartment # 4, BROOKLYN, NY 11249, United States

born on    [REDACTED] 1993    at BROOKLYN New York  United States

# Were Married

on    09/11/2014

By ABRAHAM WOLKENFELD    at    1321 43RD ST

BROOKLYN, NY

United States

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

## CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Brooklyn

N.Y.

October  15,    14

20

PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.



Michael McSweeney
City Clerk of the City of New York

CET-F